**Gary Lane, Esq. SBN No.: 050960**
**CONSUMER PROTECTION**
**LEGAL SERVICES, INC.**
**2911 South Bristol Street**
**Santa Ana, CA 92704-6205**
**Telephone:  (714)442-2421**
**Facsimile:   (714) 955-6655**

**Attorney for Plaintiff**
**PORFIRIO PACHECO**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION (ROYBAL)

| | |
|---|---|
| PORFIRIO PACHECO, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, LLC.; PNC GLOBAL INVESTMENT SERVICING, INC. as Parent Company to NATIONAL CITY BANK and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: CV09-8101 DMG (CTx) <br><br><br> ~~PROPOSED~~ ORDER <br> [23] [JS-6] |

~~PROPOSED~~ ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the stipulation of the parties of record in this action, it is hereby ORDERED that the entire action is dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: May 10, 2010

_____
 **Honorable Dolly M. Gee**
 United States District Judge